1  David M. Given (State Bar No. 142375)
   Cari A. Cohorn (State Bar No. 249056)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California Street, 35th Floor
3  San Francisco, CA   94111
   Tel: 415-398-0900
4  Fax: 415-398-0911
   dmg@phillaw.com
5  cac@phillaw.com

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 LUCASFILM LTD., a California              Case No: 3:11-cv-01639-WHA
   corporation,
12
                                             **[PROPOSED] ORDER GRANTING**
13              Plaintiff,                   **MOTION TO ENLARGE TIME FOR**
                                             **FILING CASE MANAGEMENT**
14 vs.                                       **STATEMENT AND CONTINUING**
                                             **CASE MANAGEMENT CONFERENCE**
15 CANAL TOYS, a French corporation,

16              Defendant.                   Judge: Hon. William H. Alsup
                                             Dept.: Courtroom 9, 19th Floor
17

18

19

20

21      The Case Management Conference currently set in the above-captioned matter for

22 July 7, 2011 at 3:00 p.m. is continued to August __4__, 2011 at _3:00 PM_.  Not less than

23 seven days prior to the conference, counsel shall submit a joint case management conference

24 statement not to exceed ten pages.

25      IT IS SO ORDERED.

26

27 Dated: __June 23,_____, 2011                    _[signature]_
                                                        _____
28                                                      United States District Judge

                                              1
   [PROPOSED] ORDER GRANTING MOTION TO CONTINUE CMC – Case No. 3:11-cv-01639 WHA