IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCASFILM LTD., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CANAL TOYS, a French corporation,<br><br>    Defendant.<br>                                                / | No. C 11-01639 WHA<br><br>**ORDER DENYING PLAINTIFF'S**<br>***EX PARTE* APPLICATION**<br>**TO EXTEND DEADLINES** |

      Plaintiff'S *ex parte* request for an additional sixty days to serve defendant (having already been granted a four-week continuance) is **DENIED**. Please come in for the August 4, 2011 case management conference in Courtroom 9 at the federal courthouse.

      **IT IS SO ORDERED.**

Dated: July 22, 2011.

                                                            WILLIAM ALSUP
                                                              UNITED STATES DISTRICT JUDGE