IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUCASFILM, LTD.,

    Plaintiff,

v.

CANAL TOYS,

    Defendant.

No. C 11-01639 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff Lucasfilm, Ltd., and against defendant Canal Toys in the amount of $149,015 plus post-judgment interest on that amount calculated from the date this order is entered at the applicable statutory rate. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE